## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONIQUE A. TIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-08-1099-M |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 14, 2009, United States Magistrate Judge Shon T. Erwin issued Findings and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further administrative proceedings. The parties were advised of their right to object to the Findings and Recommendation by October 4, 2009. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Findings and Recommendation issued by the Magistrate Judge on September 14, 2009;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)      ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 9th day of October, 2009.**

_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE